# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0680

_____

STANLEY MCDANIELS,

   Appellant,

   v.

SARAH MCDANIELS,

   Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

May 13, 2026

PER CURIAM.

   DISMISSED for lack of jurisdiction. *See Marlow v. Newrez, LLC*, 392 So. 3d 874, 875 (Fla. 2d DCA 2024) (dismissing appeal for lack of jurisdiction because Florida Rule of Appellate Procedure 9.130(a)(5) authorizes review of an order denying a motion for relief from judgment only when the underlying motion is both authorized and timely, and the appellant's motion was untimely).

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Stanley McDaniels, pro se, Appellant.

Jeremiah J. Talbott of the Law Office of J.J. Talbott, Pensacola, for Appellee.